IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| V.S. | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | CASE NO:   2:09-CV-03245 |
| | : | |
| v. | : | |
| | : | |
| ANTHONY MARK BIANCHI, | : | |
| | : | |
| Defendant. | : | |

## CLAIM FOR RETAINING AND CHARGING LIEN

The law firm of FROST VAN DEN BOOM & SMITH, P.A., respectfully files herein its claim imposing an attorneys' retaining and charging lien upon any judgment, settlement, or recovery of whatever type or description obtained by Plaintiff, V.S., in any claim filed by Plaintiff arising out of the attorneys' fee claim filed in the instant case for legal and professional services rendered and costs incurred therein on behalf of the Plaintiff, V.S., by FROST VAN DEN BOOM & SMITH, P.A.

The undersigned hereby acknowledges that FROST VAN DEN BOOM & SMITH, P.A. is entitled to a lien for services rendered and costs advanced and agrees to pay same from any judgment, settlement or recovery of whatever type obtained by Plaintiff in this matter.

Dated this 22nd day of September 2010.

| | |
|---|---|
| _____ | FROST VAN DEN BOOM & SMITH, P.A. |
| | _____ |
| Sergiu Gherman | John W. Frost, II |
| Florida Bar No.: 37031 | Florida Bar No.:  114877 |
| 5878 Chaps Drive | Post Office Box 2188 |
| Lakeland, FL  33812 | Bartow, FL  33831-2188 |
| Telephone: (407)761-8711 | Telephone: (863)533-0314 |
| Email: gsergiu@hotmail.com | Facsimile:  (863)533-8985 |
| Attorney for Plaintiff | Email:  JFrost1985@aol.com |
| | Former Attorney for Plaintiff |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above document was electronically filed using the ECF system, and was dispatched by U. S. Mail to Anthony Mark Bianchi, Inmate, FCC Petersburg, Register Number 60312-066, P.O. Box 1000, Petersburg, VA 23804, Sergiu Gherman, Esquire, 5878 Chaps Drive, Lakeland, FL 33812, and Cohn & Rind, P.A., 8100 Oak Lane, Suite 403, Miami Lakes, FL 33016 on September 23, 2010.

FROST VAN DEN BOOM
& SMITH, P.A.

John W. Frost, II
Florida Bar No.: 114877
Post Office Box 2188
Bartow, FL 33831-2188
Telephone:     (863) 533-0314
Facsimile:     (863) 533-8985
Former Attorney for Plaintiff